1  Donald J. Munro (*Pro Hac Vice*)
   dmunro@jonesday.com
2  **JONES DAY**
   51 Louisiana Avenue, N.W.
3  Washington, D.C. 20001-2113
   Telephone: (202) 879-3939
4  Facsimile: (202) 626-1700

5  Amanda C. Sommerfeld (SBN. 185052)
   asommerfeld@jonesday.com
6  Aracely Abarca (SBN. 324281)
   aabarca@jonesday.com
7  **JONES DAY**
   555 South Flower Street, Fiftieth Floor
8  Los Angeles, CA 90071.2300
   Telephone: +1.213.489.3939
9  Facsimile:  +1.213.243.2539

10 Renee Pauline T. Perez (SBN 339045)
   rpperez@jonesday.com
11 **JONES DAY**
   555 California Street, 26th Floor
12 San Francisco, CA 94104.1503
   Telephone: (415) 626-3939
13 Facsimile:  (415) 875-5700

14 Attorneys for Defendant
   UNITED AIRLINES, INC.

15

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18

19 DARRELL HUGHES, individually          Case No. 3:22-cv-08967-LB
   and on behalf of all others similarly
20 situated,                             **DEFENDANT UNITED
                                         AIRLINES, INC.'S NOTICE OF
21              Plaintiff,               MOTION AND MOTION FOR
                                         PARTIAL JUDGMENT ON THE
22       v.                              PLEADINGS**

23 UNITED AIRLINES, INC.; and DOES       Hearing Information:
   1 through 20, inclusive,              Date: October 26, 2023
24                                       Time: 9:30 a.m.
                Defendants.              Location: Zoom
25

26

27

28

                                    1           Case No. 3:22-CV-08967-LB
NAI-1538075306v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## NOTICE OF MOTION AND MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT that on October 26, 2023, at 9:30 AM, or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Laurel Beeler of the United States District Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Ave., San Francisco, California, Defendant United Airlines, Inc. ("United" or "Defendant") will and hereby does move this Court for an Order, pursuant to Federal Rule of Civil Procedure 12(c), for partial judgment on the pleadings for the following claims made by Plaintiffs Darrell Hughes and Robin Goings (collectively, the "Plaintiffs") in the First Amended Complaint ("FAC"):

1. Full judgment as to Plaintiffs' First Cause of Action because that claim rests entirely on Section 5 of Wage Order 9, which United is exempt from under that provision's Railway Labor Act ("RLA") exemption;

2. Partial judgment as to Plaintiffs' Second Cause of Action because California Labor Code § 512.2 exempts airline cabin crew employees covered by a collective bargaining agreement under the RLA from California's meal break requirements, and thus, Plaintiffs are not entitled to injunctive relief for this cause of action;

3. Partial judgment as to Plaintiffs' Third Cause of Action because California Labor Code § 512.2 exempts airline cabin crew employees covered by a collective bargaining agreement under the RLA from California's rest break requirements, and thus, Plaintiffs are not entitled to injunctive relief for this cause of action;

4. Partial judgment as to Plaintiffs' Fourth Cause of Action to the extent that claims rests on Section 9 of Wage Order 9, which United is exempt from

NAI-1538075306v1

under that provision's RLA exemption;

5.  Full judgment as to Plaintiffs' Fifth Cause of Action because there is no private cause of action for this claim, and even if there were, the FAC fails to include sufficient factual allegations in support of this claim; and

6.  Partial judgment of Plaintiffs' Seventh Cause of Action because this claim is derivative of the other claims, and thus, also fails to the extent those other claims fail.

The Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of the Motion, the Request for Judicial Notice and corresponding exhibits, all of the papers on file in this action, and upon such other and further evidence or argument that the Court may consider.

Dated: September 15, 2023

Respectfully submitted,

JONES DAY


By: */s/ Amanda Sommerfeld*
    Amanda Sommerfeld

Counsel for Defendant
UNITED AIRLINES, INC.

NAI-1538075306v1