Jonathan M. Lebe (State Bar No. 284605)
Jon@lebelaw.com
Chancellor D. Nobles (State Bar No. 330081)
Chancellor@lebelaw.com
Brielle D. Edborg (State Bar No. 347579)
Brielle@lebelaw.com
LEBE LAW, APLC
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
Telephone: (213) 444-1973
Facsimile: (213) 457-3092

Attorneys for Plaintiffs DARRELL HUGHES and ROBIN GOINGS, individually and on behalf of all others similarly situated.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRELL HUGHES and ROBIN GOINGS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Case No. 3:22-cv-08967-LB<br><br>**PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL**<br><br><br>Complaint Filed: October 27, 2022<br>Removal Date: December 19, 2022<br>FAC Filed: July 18, 2023<br>Trial Date: None Set |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Chancellor D. Nobles, attorney at Lebe Law, APLC, located at 777 S. Alameda Street, Second Floor, Telephone: (213) 444-1973, Email: Chancellor@lebelaw.com, hereby enters this Notice of Appearance as additional counsel of record for Plaintiffs Darrell Hughes and Robin Goings in the above-captioned matter, and request that copies of all pleadings, motions, orders, and other documents filed in the captioned matter be served on the undersigned.

Dated: December 8, 2023

**LEBE LAW, APLC**

By: */s/ Chancellor D. Nobles*
Chancellor D. Nobles
Jonathan M. Lebe
Brielle D. Edborg
Attorneys for Plaintiffs Darrell Hughes and Robin Goings, individually and on behalf of all others similarly situated